### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| GERALD TAYLOR AND MARLAYN TAYLOR | : |
| DEBTOR(S) | : BANKRUPTCY NO. 09-16597  SR |
| ROBERTA A. DEANGELIS, UNITED STATES TRUSTEE | : |
| PLAINTIFF(S) | : |
| VS. | : |
| GERALD TAYLOR AND MARLAYN TAYLOR | : |
| DEFENDANT(S) | : ADVS. NO. 11-0031 |

# ORDER

AND NOW, upon consideration of the Debtors' Motion for Judgment on the Pleadings, the United States Trustee's Opposition thereto, and after consideration of the briefs, supplemental briefs, and oral argument, it is hereby:

ORDERED, that for the reasons set forth in the attached Opinion, the Debtors' Motion is Granted and the Complaint is hereby dismissed.

By the Court:

Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: June 8, 2011

Counsel for Debtors

Paul H. Young, Esquire
3554 Hulmeville Road, Suite 102
Bensalem, PA 19020

Counsel for the United States Trustee

George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Bonnie B. Finkel, Chapter 7 Trustee
P.O. Box 1710
Cherry Hill, NJ 08034

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich